122 A.3d 1033

**Amro ELANSARI, Petitioner**

**v.**

**COMMONWEALTH of Pennsylvania, et al., Respondents.**

**No. 101 MM 2015.**

Supreme Court of Pennsylvania.

Sept. 16, 2015.

*ORDER*

PER CURIAM.

**AND NOW,** this 16th day of September, 2015, the Application for Extraordinary Relief is **DENIED.**